Stephen Arellano AKA THE PUBLIC
Plaintiff, pro se
3960 Alta Vista Circle
Pittsburg, Ca. 94565
925-787-2550
justiceforthomas@mail.com

FILED
APR 16 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE Northern District of California

Stephen Arellano - Father
Brysen Arellano - Son
Kathyrn Clancy - Significant other
Estate of Thomas Arellano

  Plaintiff,

v.

Diana Becton- District Attorney
Rob Bonta-Attorney General of California
Mary Ann O'Malley - Judge
Derek Butts - Prosecutor Head of Homicide
Kevin Bell - Prosecutor
Chris Loercher - Homicide Detective
Edward Weil - Presiding Judge
Nate Gartrell - Journalist, works for the DA
Kate Bieker - et all office staff at
Courthouse and District Attorneys Office
aware of the Conspiracy against Victims
Family and the People of California

  Defendant.

Case No.: C24-02250

COMPLAINT
PS 32 Felony accessory after the fact
PS 31 Felony aiding and abetting
Conspiracy To prevent a murderer from
a proper legal sentence-Falsification of
Facts. Numerous Violations of the LAW
and the Constitution. Crimes of Extreme
Moral Turpitude against the Family and
Witnesses to Benefit the Habitual Felon
Murderer the Defendants all Know Well.
They acted Without Jurisdiction and
Without Candor.

Monell Claim
RICO
18 USC 1959
18 USC Section 242
42 USC 1983 legal

AMOUNT PRAYED FOR: $25,000,000
To $250,000,000

PLAINTIFF, appearing *pro se*, bring this COMPLAINT against Defendant and alleges as follows:

COMPLAINT, page 1 of 16

1.

**JURISDICTION:** This Court has original jurisdiction of the federal claim contained in this Complaint pursuant to 28 USC 1331. Jurisdiction is proper in this court because I live in the Northern District of California and the events all took place in the Northern District of California.

2.

On 1-22-2022 Habitual Felon and a Man who legally should have been spending 25 years to life in Prison Gerald Delgado showed up to my house with intent for my Son Thomas Arellano to do his bidding. He spent 4 hours at my House at times Flirting (according to the Police report) with Sarah Goodroe, my Handicapped Girlfriend who I am a live in Caregiver for. Sarah has Lupus and is very fragile. At one point Delgado trespassed into the house because he was getting tired of waiting for Thomas, Thomas was in the shower and Sarah and Kelsey Goodroe, Sarah's daughter, had to deal with this enraged Psychopath who had barged into the house. We had never met this man before that day, he had recently been released from Prison in Oregon where he was on Probation. Thomas took a ride from Delgado and another man Known only as the Driver shortly before I, Stephen Arellano, got home from work. Sarah had told Thomas not to go with these people because she could tell they were very dangerous individuals. Thomas had plans to pick up his girlfriend Kathyrn Clancy and spend the evening with her, I have the text thread from his phone.

3.

The police report is clear what happened and it is heinous. They had picked up Kathyrn Clancy and gone to a house where Thomas had previously left his backpack and he had told Delgado thanks for the ride and goodbye. 10 to 15 minutes past and Thomas had called Katies phone to locate it when Delgado trespassed onto the property where he had never been just like he had done earlier at my house and located Thomas and Katie in the garage. He WAS FULL OF

MALICE AND BROUGHT A KNIFE WITH HIM. This encounter was captured on Katie's phone. He was insisting that Thomas come with him, saying 'You're Disrespecting Me". Thomas told him to leave several times and that he wanted to stay with Katie but Delgado kept advancing into the garage so Thomas had to get up and defend himself against this aggressive Psychopath. The police report falsely calls it a fight because from Katie's perspective she couldn't see that the first "punch" from Delgado into Tommy's chest was actually a stab with a knife. He stabbed my son 5 times before he fell to the floor and DELGADO DELIVERED THE LIFE ENDING STAB AFTER HE WAS DOWN. There were 3 witnesses to the events. THOMAS ARELLANO's last words to Katie were "TELL ME THAT YOU LOVE ME". The District Attorney's office has that tape and made false claims about that tape and refused to play it for me. Sarah Goodroe listened to the tape at the memorial but I chose not to hear it at that time. Katies phone was stolen shortly thereafter and Detective Loercher claimed he lost it

4.

I had come home from work in time to watch the 49ers game and shortly thereafter there was a knock on the door. It was someone I had never met and he introduced himself saying "hi I'm Gerry Tommy's friend, he said I could come by for some stuff in the garage, you can call him if you want to". I had a policy that if one of Tommy's friends came by for something I would help out so I opened the garage door for him, Sarah and Kelsey would not have cooperated with him and they would have been in EXTREME DANGER had I not arrived home. Delgado told me he left Thomas with Katie and he shook my hand twice in a very strange manner while simultaneously handing me a litebulb each time so both of my hands were occupied. I kept my distance from this VERY STRANGE PERSON and just before I was about to close the garage door he asked me if I had a finger splint because he had a broken finger. Being a live-in caregiver for Sarah I figured we had one so I went inside and had Sarah get a splint and some wrapping for him. She came out to the garage and wrapped it once for him and

**COMPLAINT**, page 3 of 16

gave him more to do himself and he left. Delgado was on my Porch on the Morning of 1-23-22, caught on my ring doorbell, while we slept. My House now has many security features.

5.

I found out on 1-23-22 that Delgado had stabbed my SON TO DEATH before coming to my house and I wished that Katie had called me while that Murderer was at my house but the Police had taken her Phone and put her in the back of a Police Car so she could not notify me. I went to the Concord Police Department on 1-24-22 and talked to Detective Chris Loercher who was the ASSIGNED HOMICIDE DETECTIVE and told him my story. On the evening of 1-25-22 my other Son Jeremy Arellano determined that Delgado was using his phone when Delgado called back twice after Jeremy called then hung up. The morning of 1-26-22 I called Detective Loercher and told him Delgado was using his phone. Delgado was arrested near the Lafayette Bart Station with a suitcase 3 hours later.

6.

On 1-26-22 Presiding Judge Edward Weil and Contra Costa District Attorney Diana Becton Found it Appropriate to assign Judge Mary Ann O'Malley to work for the killer and against the family. Mary Ann O'Malley had no Jurisdiction to act in this case and her conduct was unethical and Morally Reprehensible to a reasonable person. She has lost immunity. Judge Mary Ann O'Malley had 40 previous minute orders with Delgado beginning on 10-01-2014 Case #01001706761. He had violated probation on a 14 year suspended sentence, 5 years probation and Judge O'Malley let him out on Bail. While on Bail Delgado attacked Officer Tom Smith of the Antioch Police Department with a knife and Officer Smith had him at gunpoint BUT DID NOT SHOT. Delgado violently resisted arrest after another officer arrived. On 4-10-2015 Judge Mary Ann O'Malley handled 3 cases, Case #01001456060 (1 Judge O'Malley Minute Order) Felony first degree burglary 5 years Probation violation (They had done 6 PC 1385 Romero Motions), 14 year suspended sentence. Case #01001706761 (2 Judge O'Malley Minute Orders)

**COMPLAINT**, page 4 of 16

3rd strike filing, 3 XXX out of state adult PR SERIOUS FELONY'S, Controlled substance for sale. And Case #04001832088 (16 Judge O'Malley Minute orders) PC 245 ASSAULT WITH A DEADLY WEAPON ON A POLICE OFFICER (Mandatory STRIKE). She sent him to THE JERICHO DRUG REHAB PROJECT. Delgado absconded from the Jericho Project on 5-08-2015, reoffended and was back in Judge Mary Ann O'Malleys Court on 6-09-2015, Case #04001847193 (13 Mary Ann O'Malley minute orders) Unlawfully driving or taking vehicle. On 10-25-2017 Judge Theresa Canepa and the same District Attorney (232 Minute orders at the time of my sons killing, 80 Felony charges, 58 Dismissed and 22 guilty) sent Delgado to the Salvation Army Drug Rehab where he LEFT THE PROGRAM ON 10-31-2017.

7.

On 8-16-2018 Delgado was free in Oregon to COMMIT UPON A MEMBER OF "THE PUBLIC" ROBBERY IN THE 3RD DEGREE, Menacing, Unlawful use of a weapon and theft in the 3rd degree. He was on PAROLE FROM THIS CONVICTION WHEN HE MURDERED MY SON. I believe this makes it a FEDERAL CASE and request the Federal Government to take over his case!!

8.

I attended the first hearing on 1-29-2022 and met Prosecutor Derek Butts. His first comment to myself and Sarah Goodroe was "Another scumbag off the streets", we found this comment repulsive since my child was DEAD.  He was aware Delgado had his personal, Acting without Impartiality Judge, who would go easy on their friend. He was aware his office had 233 Minute orders and the rest of his record. He was aware Diana Becton, District Attorney Herself, had SAT AS JUDGE FOR DELGADO on 3 occasions in 2003 and the Conspiracy between the Evil Actors had begun. a lid was put on any investigation or talking to any of us witnesses or any form of working for the victims family. No Preliminary Hearing, No Probation report. No investigator assigned at all.

**COMPLAINT**, page 5 of 16

9.

I Request the Court Order the release of the Probation report to myself, Stephen Arellano.

10.

On the 243rd Minute order hearing I had a meeting with the new assigned Prosecutor Kevin Bell. I had some questions for my new prosecutor, "How many times was my Son stabbed? " Kevin told me "three times". The Coroner's report says 4 to the chest and two to the left arm. He told me "Your Son was a good fighter, right" he said "Delgado could plead self defense", the aggressor cannot plead self defense. He said the Murder wasn't on Video so I mentioned Katies VOICEMAIL RECORDING and he said they have to subpoena it from the phone company. He said they were waiting for the Police Bodycam footage which has no bearing on what Gerald Delgado did, nor do any text messages the Police may have shared amongst each other at any time EVER..

11.

The next time I spoke to Prosecutor Kevin Bell was when I called him after my Son Jeremy told me Kevin had called his Mother, Karen Greenbaum, on Friday and told her they were thinking about doing a Plea Deal. Kevin told me he was on his way home from work and called Karen and FORGOT TO CALL ME. They had not spoken to ANY OF US WITNESSES so I found that strange and requested he at least talk to the eyewitness Kathyrn Clancy who they had NEVER SPOKEN TO AT ALL. I got a hold of Katie and she attempted to contact Kevin Bell. He admitted she had called him. The next call I got from Kevin was that they had already done a plea deal for HABITUAL FELON GERALD DELGADO. Kevin told me it came from upstairs and there is nothing he can do but that I could talk to the Judge.

12.

I had no Idea what was in that plea deal. THEY DID NOT INCLUDE REPARATIONS FOR TOMMY'S SON BRYSEN and they gave him 1 year for each time he stabbed my Son Thomas

**COMPLAINT**, page 6 of 16

Arellano, Doubled plus one year for using a knife. SIX (6) years the same that Diana Becton got for Officer Andrew Hall for shooting a unarmed? man who was driving 50 miles per hour fleeing from Police in a residential neighborhood in a weapon called a CAR.. Officer Hall may have saved a innocent life from this person fleeing from the Police. Funny the color of everyones skin was mentioned in the article that falsely said it was a LOW SPEED situation. A badge of honor for this heinous District Attorney who needs to be arrested herself.

13.

They KNOWINGLY FALSELY CHARGED GERALD DELGADO WITH VOLUNTARY MANSLAUGHTER WHICH REQUIRES NO MALICE. This Murder happened in the commission of an attempted KIDNAPPING and does not pass the test for Voluntary Manslaughter.

14.

Prosecutor Kevin Bell and Homicide Detective Chris Loercher are partners in the MURDER OF UNARMED 21 YEAR OLD CHARLES BURNS IN 2013. The Moral TURPITUDE of these two working MURDER CASES IS OFF THE CHARTS. They are both Liars and should harbor extreme shame for knowingly working For a KILLER who had previously attempted to MURDER a ANTIOCH POLICE OFFICER. The family of Charles Burns filed a lawsuit which was settled in 2018 for 1.2 Million. Their Attorney Peter J. Johnson said at the time that they were not finished because the killers were still free. I called him before I found out my Homicide Detective Chris Loercher was the shooter of his Clients Loved One, I only Knew Kevin Bell was involved in my case and his. Peter Johnson told me Judge Mary Ann O'Malley was tough but that he would not talk to me. I called back after I found out Chris Loercher was the Murderer of his unarmed client and those two MURDERERS WERE A CORRUPT HOMICIDE DETECTIVE AND LIAR PROSECUTOR IN THE MURDER OF MY SON. I even went to his office and volunteered to leave all of my evidence. The O'Malley

**COMPLAINT, page 7 of 16**

family are the KENNEDY'S OF CONTRA COSTA because of Bill O'Malley who was District Attorney in the 80's who we all respected highly.

14.

I wish Mary Ann O'Malley did not work for the killer, a violation of PC32, and against the Murder Victims family in violation of California Code of Civil Procedure 170.6. This is true secondary victimization and a stain on "THE PUBLICS" confidence in the JUDICIARY. I brought the article about Gerald Delgado's attack on Antioch Officer Tom Smith to the Plea hearing and asked Judge Mary Ann O'Malley if I could read it. She inquired where I had got it and who wrote it and I again asked if I could read it and she said I could turn it in to her, she threw it in the GARBAGE. I also informed her that I was told Delgado had struck a 15 year old across the face with a sawsall, Judge Mary Ann O'Malley rolled her eye's at me.

15.

Kathyrn Clancy was brave enough to attend the sentencing hearing to deliver the testimony that the Prosecutors never cared to hear. I knew these people were extremely Corrupt and I wanted to use the opportunity to give our testimony and create a record for later use. Katyrn began by saying that she was fearful and believes Delgado has people after her. She had previously shared that information with me and I shared it with my MURDERER Detective at that time. Kevin Bell was riveted at Katryn Clancy during her very dramatic testimony and then after the hearing these bad Actors STILL DID NOT SPEAK TO THE TRAUMATIZED EYEWITNESS.

16.

Judge Mary Ann O'Malley and District Attorney Diana Becton 2nd striked Gerald Delgado even though 2nd striking a multiple strike felon is for non-violent felonies according to Code 667 and they had him plead to one prior strike from 2006 where he was a felon in possession of a firearm in the commission of a occupied residential burglary. This is a violation of the Oath of Office to

**COMPLAINT**, page 8 of 16

uphold the Laws created by the Legislature. The transcripts of the plea and sentencing hearings Clearly show Judge Mary Ann O'Malley's impropriety because I EXPOSED HER AND TOLD HER SHE SHOULD HAVE RECUSED OR BE DISQUALIFIED. I said to her "He deserves to be 3rd striked, you don't want this" and she said "NO". I told her she MURDERED MY CHILD AND OWES MY FAMILY 25 Million.

17.

She continued and had the nerve to praise the fine people at the District Attorney's office and then kick me out of the sentencing hearing for saying "THEY DIDN'T DO ANYTHING". Prior to the Plea Hearing and after I found out they had done a plea deal I emailed Head Homicide Prosecutor Derek Butts and "Voiced" my disdain for what they had done and in Dereks response he stated "Unfortunately, there were certain issues in this case that lessened our confidence in obtaining a Murder verdict. The Judge assigned to this case recognized these issues as well and suggested a resolution to the parties, which is not a common move." At The Plea hearing Judge O'Malley said "I know that if there was any way that this charge could be proven, Mr. Bell would take it to trial without hesitation. But my understanding in speaking with the attorneys is that more than likely cannot be done in this Matter". My investigation of the Judge began at this point.

18.

The Head of the Evil CONSPIRACY is Diana Becton. Diana is an activist District Attorney. I just finished watching a disgusting half hour of her representing her Political nonsense. She represents Criminals and has left many victims families without Justice. I will use this in her trial. She knows Gerald Delgado PERSONALLY. Filed on 06/04/2002 Case # 04001320142, First Degree Residential Burglary PC 459/460(a) (DISMISSED), Receiving stolen property PC 496, Possessing Controlled Substance H&S 11377 and Second Degree Residential Burglary PC 459/460(b). Six (6) Warrants with four (4) signed by Diana Becton. Diana Becton Sat as Judge

**COMPLAINT**, page 9 of 16

for Gerald Delgado on 1-10-03, 1-31-03 and 3-21-03 when she to sent him to drug rehab. Diana Becton was a Judge in Contra Costa for 22 years and then District Attorney and now they are one and the same organized crime operation.

19.

Gerald Delgado was caught with Methamphetamines when he was arrested for Murdering Thomas Arellano according to the Police Report. Diana Becton no Longer charges people for possessing what she claims is a small amount of drugs and no charge was listed for the DRUG POSSESSION as well as the Out of state prior serious felonies are not listed anymore under the charges even though Gerald Delgado was on Probation from an XXX out of State Violent Felony in Oregon.

20.

Diana Becton is a progressive PRO-CRIMINAL Anti-Police Soros funded activist who is hyper focused on a Racist text messaging scandal involving all of the anti-Police forces in California. She believes texts involving Monkeys or Gorillas are racist and deserve her office to expend all of their resources while working for Gerald Delgado AGAIN to release him into society ASAP. Ignoring every LAW IN THE BOOKS as well as common decency, with all of her friends PARTICIPATING including the Attorney General of California and the FBI. I will testify at all of those Police Officer Trials especially since these People send Habitual Felons to Drug rehab after they attempt to MURDER A POLICE OFFICER in the same City where she has ruined Police Moral and reputation of the fine men and women in Blue who we "THE PUBLIC" depend on for our safety.

21.

This could have been predicted from this WOMAN WHO NEEDS TO BE ARRESTED FOR FELONY PC32. The Attorney General, FBI, and DOJ Ignore me because they think a District Attorneys office is for PROSECUTING POLICE, NOT MURDER or theft or getting help for

**COMPLAINT**, page 10 of 16

people addicted to fentanyl or representing Victims. Six (6) Months in Jail for Petty Theft would help a person addicted to drugs and stealing, instead of catch and release to reoffend asap. Also during the Televised Interview she interacts personally with Attorney General ROB BONTA and his office returned the materials I sent them without doing any investigation. The Bar Association and the Judicial Review Board have exposed themselves as total frauds to "THE PUBLIC". I told Prosecutor Bell to "Tell Diana and Tell Mary what I knew" I want to see the text messages about my Murdered Son and me seeking Justice, I hear these people laugh at Victims like my Family for actually expecting Justice be served on those who DESERVE IT. THESE ARE EVIL LYING PEOPLE.

22.

They assigned not one investigator to my Sons MURDER meanwhile the Board of Supervisors increased funding to hire 10 prosecutors to prosecute Police over AB256 the Racial Justice act. During their presentations to the Board of Supervisors District Attorney Diana Becton and Public Defender Ellen Mcdonnell provided caseload data and overviews of their departments, while highlighting the anticipated workloads that could take years to examine and potentially correct any wrongs that have occurred. All while Conspiring to do nothing for a Murder victims family who they are aware could have been prevented if they had followed the Law.

23.

The Press ignores me, Nate Gartrell has written what he is told to write and ignores my emails. He seems to be just another element of the District Attorney's office misinformation campaign to "THE PUBLIC" only reporting what he is told. No news agency has reached out from my Press Release.

24.

After they did an illegal plea deal without talking to the family or witnesses or doing any Investigation I called my former Prosecutor Derek Butts and set up a meeting where he wanted

**COMPLAINT, page 11 of 16**

me to bring someone and he had a Bodyguard for his Protection I suppose. EVERYTHING THIS UNETHICAL VILE HUMAN SAID TO ME WAS A LIE and I possess a 9 Minute recording of that encounter. I also began recording every phone call and I wear a BODY CAMERA EVERYWHERE I GO SINCE MY LIFE IS IN SERIOUS DANGER.

25.

The same Bodyguard man came out a few weeks ago when I went to the Victims assistance people inquiring about reparations for my Grandson Brysen Arellano (10). Every Email I send these people gets ignored and I get no response.. I have not heard back from anyone. These people are a Kakistocracy and treat me like the Criminal and are VERY DANGEROUS TO THE PUBLIC. EVERYONE NEEDS TO BE HELD ACCOUNTABLE

26.

I went to the Antioch Police Department and got some cooperation and determined who the Officer was who Gerald Delgado had attacked with a Knife and they gave me his phone Number and extension. I called Officer Tom Smith on 2 occasions and left detailed messages for him. He never had the DECENCY TO CALL ME BACK but I do not blame him because I am sure he fears retaliation from the SOROS funded Police hating Diana Becton. I wonder how he felt when those people sent Gerald Delgado to Drug Rehab after he was in the fight for his life with a 3rd strike felon.

27.

After watching a video of Attorney General Rob Bonta and his friend Diana Becton I have added this operative to my Lawsuit. I sent the Victims services unit my information which resulted in a 20 minute phone call from Ashey Rojas. I have the tape as well as every other phone call and she gave me false information and they sent me back my Proof without even looking at anything. It starts with "The murder of Thomas Arellano by the Contra Costa DA and Judge Mary Ann O'Malley". No investigation warranted I suppose since it would implicate his activist friend.

**COMPLAINT, page 12 of 16**

They sent me a letter verifying what I just said.

28.

I sent my clear proof of malfeasance to Governor Gavin Newsom (253 pages, 8 More then Gerald Delgados Minute orders with the Contra Costa Superior Court) and got no response whatsoever.. No Murder Victims' Family Can Ever Be TREATED LIKE MINE WAS EVER…..

29.

Today 4-10-2024 In my ongoing investigation I discovered that Rob Bonta and Diana Becton were on Gavin Newsoms short list in 2021 for Attorney General. They Both have extensive George Soros Support for his Utopian Agenda upon America. People who do not follow laws and work for CRIMINALS AND AGAINST PUBLIC SAFETY—ON PURPOSE. This case is what you get. An innocent human Murdered, A Homicide Detective who shot a unarmed 21 year old without Justification. The only Justification for murder is self defense so claiming someone was reaching for his waistband doesn't cut it. A Prosecutor, Kevin Bell who was PRESENT at the killing of Charles Burns and then Coordinated with others to cover for Loercher. This case changed the way Police shootings are handled. The Police can no longer review video surveillance before making a statement. Kevin is a disgusting Liar and I found it disgusting reading in the paper about him actually representing a victim who has no idea who he really is. A Fake Judge Lacking Jurisdiction with 40 Prior minute orders including sending a 3rd strike felon to Drug rehab after he attempted to murder a Police Officer (8 warrants on the case). Anyone with Mental illness enough to go after a Police Officer with a Knife will do the same thing to an innocent person like my Hero Son Thomas Arellano, He took it for us all so I can Expose these very evil people. Diana Becton, 3 minute orders in 2003 on a strike case for residential Burglary PC459(a) but she Dismissed the strike and went with 2nd degree burglary. (5 warrants on the case) Ordered her people not to talk to any of the witnesses, does not care that the eyewitness fears the killer has someone after her. Worked with the Judge (Ex-Parte) to do a Plea DEAL

**COMPLAINT**, page 13 of 16

WITHOUT EVEN GOING OVER IT WITH THE FAMILY, I am both a witness and Tommy's Father and they treat me like the Criminal. That Fake/ILLEGAL Plea deal did not include REPARATIONS for a10 year old Boy who NOW HAS NO FATHER. The head of The Homicide unit Derek Butts who is Lacking in Candor and Common Decency. Nine Minute recording will end this man's career. The Judge already knew the terms at the Plea hearing. THIS MAN GERALD DELGADO HAS PLAYED THESE PEOPLE AND "WE THE PEOPLE" AS FOOLS. WHAT YOU ALSO GET IS NO HELP FROM ANYONE BECAUSE THEY ARE ALL OPERATIVES OF THE SAME AGENDA.,,,

30.

Kate Bieker is listed because the behind the scenes people at both the District Attorney's office and the Contra Costa Superior Court were well aware of the illegalities going on in the treatment of the Thomas Arellano Murder Case. They must all be held accountable. Has 2nd striking violent Habitual Felons become commonplace? Does your office normally do Plea Deals without talking to the family first? Do Judges who should recuse Normally go ahead and represent the Criminal again and AGAIN?. Is it common to Impute NO MALICE when the facts are clear that the MURDERER ACTED WITH MALICE? When plea deals are done for HABITUAL FELONS is it normally without talking to any of the witnesses or the family? In MURDER CASES is it normal to refuse to help the family get restitution for a 10 year old left without a father? Does your office normally send third strike Felons to Drug Rehab? Does your office normally work for People who ATTEMPT TO MURDER POLICE OFFICERS?

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
(Conspiracy)

Violation of Civil rights: Violation of due Process, Loss of familial Contact 14 Amendment 18USC Section 242, 42USC Section 1983

**COMPLAINT**, page 14 of 16

## SECOND CLAIM FOR RELIEF

Violation of Article 1 Section 28 of the California Constitution Marsy's Law. There must be penalties for failure to follow Victims Rights Laws if not we need Tommy's law so this never happens again.

30.

Plaintiff realleges and incorporates Paragraphs 1 thru 29 as if fully set forth here.

31.

As a direct result of Defendants' actions, Plaintiff has sustained the following damages: Loss of familial Contact with Thomas Arellano, Violation of 14th Amendment due process and equal Protection. 9th Amendment rights not enumerated such as the "Golden Rule" A principle that states people should treat others as they would want to be treated. Section 242 of title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. 42 USC Section 1983 states "Anyone who deprives a Citizen of their constitutional rights, privileges, or immunities is liable to the injured party"

## PRAYER FOR RELIEF

13.

WHEREFORE, Plaintiff requests the following relief:

-A money award judgment entered against Defendants for 25 Million to 250 Million

-A money award for Plaintiff's costs and disbursements associated with bringing this action.

-Any and all other relief the Court deems just and reasonable under the circumstances.

-The federal Government take Jurisdiction of Gerald Delgado for the Murder of Thomas Arellano while on Parole out of Oregon. Impute Restitution for Brysen Arellano (10). The criminal actors involved are held accountable for their CRIMES.

Respectfully submitted on:  April 15, 2024

_____          By: <u>Stephen Arellano</u>

Plaintiff in Pro Se

3960 Alta Vista Circle
Pittsburg, Ca. 94565
925-787-2550
justiceforthomas@mail.com

**COMPLAINT**, page 16 of 16