Stephen Arellano AKA THE PUBLIC
Plaintiff, pro se
3960 Alta Vista Circle
Pittsburg, Ca. 94565
925-787-2550
justiceforthomas@mail.com

FILED
JUL 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE Northern District of California

| | |
|---|---|
| Stephen Arellano - Father of Deceased B. A. -11 year old Son of Murder Victim Kathyrn Clancy - Significant other of Estate of Thomas Arellano<br><br>Plaintiff,<br><br>v.<br><br>Diana Becton- District Attorney<br>Mary Ann O'Malley - Judge<br>Derek Butts - Prosecutor Head of Homicide<br>Kevin Bell - Prosecutor<br>Chris Loercher - Homicide Detective<br>Edward Weil - Presiding Judge<br>Nate Gartrell - Journalist, works for the DA<br>Kate Bieker - et all office staff at Courthouse and District Attorneys office aware of the conspiracy against victims family<br><br>Defendant. | Case No.: 3:24-cv-02250 WHO<br><br>PLAINTIFFS STATEMENT DUE TO NOT GETTING A HEARING ON DEFENDANTS MOTIONS TO DISMISS |

PLAINTIFF'S STATEMENT TO JUDGE ORRICK REGARDING UNTRUE AND

DEROGATORY COMMENTARY TOWARD A MURDER VICTIM'S FATHER (ALSO A

VICTIM) BY UNETHICAL ACTORS CONTAINED IN ALL REPLY BRIEFS:

The District Attorney Defendants shock my conscience by suggesting that my Opposition

filing should be disregarded by the Court as Untimely when they NEVER SERVED ME AT

**Plaintiffs Statement to Judge Orrick**, page 1 of 6

ALL. They responded to my Opposition to the Judicial Defendants Motion to Dismiss where I did leave with the Law office All Of MY COMPLETE PROOF INCLUDING:

1. All Documents included in my Opposition to dismiss briefs.
2. The full transcripts from the Plea hearing and sentencing hearings.
3. The Coroner's report and Police reports.
4. All 40 of Judge Mary Ann O'Malleys Prior Minute orders with Gerald Delgado
5. All Other minute orders in the Violent attack on Officer Tom Smith of the Antioch Police Department by Thomas Arellano's murderer Gerald Delgado. Numerous Judges involved.
6. My Opposition to THE JUDICIAL DEFENDANTS MOTION TO DISMISS.

The District Attorney Defendants are attempting to DECEIVE THE JUDGE in many ways INCLUDING:

**"Plaintiffs opposition reveals no misconduct by the District Attorney's Office Defendants but, instead, shows that they acted in a professional manner in the face of abusive and threatening conduct by the PLAINTIFF"**

I am not surprised a District Attorney who DOES NOT CARE ABOUT VICTIMS would make such a vile comment toward a VICTIM OF HER ILLEGAL ACTIONS TO BENEFIT A HABITUAL FELON WHO SHE KNOWS VERY WELL. 245 Minute Orders 80 Felonies, she sat as Gerald Delgado's Judge on 3 Occasions.

I met with Diana Becton's office on 2 Occasions, Both recorded by me. The first was AFTER THEY ALREADY DID A PLEA DEAL and the Second was when I went to the office of Victims services and spoke to a Lady about Restitution for my Grandson which apparently NOBODY CARES TO GIVE MY GRANDSON as I was ignored and never heard back. The Man (Security Person) who was present at the first meeting was the first person who came out at the second Meeting and spoke privately to the blonde woman who did not do anything for me. I HAVE PHOTOS OF BOTH OF THESE PEOPLE. WHY WAS I IGNORED BY VICTIMS

**Plaintiffs Statement to Judge Orrick, page 2 of 6**

SERVICES?

I Remind everyone who I am and what these "ACTORS" Did to benefit a man who attempted to kill a Police Officer in 2014 and then had the same Judge after Committing Murder in 2022.

1. On November 11, 2021 Gerald Delgado cut the Catalytic Convertor from Kelsey Goodroes Car which still sits in my Driveway. We found out after my Son was Murdered that it was Delgado and he admitted to it. No restitution or accountability for this crime

2. On January 22 I went to work and then a man we had never met, Gerald Delgado, had another individual drive him to my house where he intended to have my Son Thomas Arellano do whatever he commanded. At one point he charged into my house while Thomas was in the shower and Sarah Goodroe, a 100 pound handicapped woman had to confront this enraged person and tell him to "GET OUT OF MY HOUSE".

3. She spent time in the Garage speaking with this man as he was there and that's where she smokes cigarettes and told Thomas NOT TO GO WITH HIM.

4. Thomas had other plans then Delgado's but used him for a ride right before I got home.

5. Delgado KILLED THOMAS FOR WANTING TO SPEND THE EVENING WITH HIS GIRLFRIEND and then had the driver return him to my house (No Charges or Accounability for the driver returning Delgado to my house after Murdering my Son) expecting to find ONLY SARAH AND KELSEY GOODROE at home but FORTUNATELY I had just gotten home to watch the 49rs game.

6. There was a knock on the Door and I looked thru the glass at somebody I had never met before "Hi I'm Gerry, Tommy's friend, he said I could come by for some stuff in the garage". I opened the garage door and observed him take some items I was aware Thomas had left there the night before. He then asked if I had a Finger splint and I went in and got one and had Sarah come out and wrap it. He shook my hand twice..

7. The next morning my ring doorbell caught this man on my porch for some reason.

8. That evening 1-23-22 I found out that prior to knocking on my Door that man had just

Plaintiffs Statement to Judge Orrick, page 3 of 6

MURDERED MY SON THOMAS ARELLANO by stabbing him 6 times I now know.

9. The morning of 1-24-22 I went to the Police Department and spoke with Detective Chris Loercher. The next time I would meet him was when I picked up the police report. I called Detective Loercher on 1-26-22 and told him Delgado was using his phone, Delgado was arrested three hours later. I documented every text message and phone call I had with this so called Detective who did nothing after Mary Ann O'Malley was Put in place to represent THE KILLER on 1-28-22 and the Police report confirms this fact. Canon #2 proves O'Malley acted without JURISDICTION.

10. I attended the first hearing on 2-01-22 and met Derek Butts, Derek was aware that Mary Ann O'Malley was Delgados Personnal Judge who would be working for Thomas Arellano's MURDERER JUST LIKE SHE HAD DONE BEFORE.

11. NOBODY spoke to any of the witnesses Between 1-28-22 and the time they did a plea deal without talking to the family first in August 2022. Neither the Police, the District Attorney's office or the Judge cared about the facts of the Murder.. A new Prosecutor Kevin Bell was put in place in July of 2022 and did not know anything about the case but just lied to me in a very UNPROFESSIONAL manner. He told me my Son was Stabbed 3 times when in fact he was stabbed 6 times according to the Coroners report.

12. I contacted the previous Prosecutor Derek Butts after Kevin Bell called me and said they had already done a plea deal and there was nothing he could do about it because it "CAME FROM UPSTAIRS". In a text Derek Butts stated that the Judge in this case had suggested a Resolution for her accomplice in my Sons MURDER.. I had a meeting with Derek Butts where he straight lied to me about everything. (RECORDED AND TRANSCRIBED). Derek Butts in a VERY UNPROFESSIONAL MANNER made false claims about the contents of the tape of the murder recorded by Kathryn Clancy and then refused to play it for me. HE WAS BEYOND UNPROFESSIONAL IN HIS LYING. Hear it for yourself....

**Plaintiffs Statement to Judge Orrick, page 4 of 6**

13. At the Plea hearing Judge Mary Ann O'Malley Stated "I understand we have a resolution in this case", Mr. Bell responded yes. A few sentences later Mr. Bell asks if the Judge wants to know the details of the deal and she says " We already went over it". She ignored everything I said as I did NOT HAVE A IMPARTIAL JUDGE. Her praising of the District Attorneys office was DISGUSTING. The DA AND JUDGES at the superior court are all conflicted since the DA was a Judge in Contra Costa for 22 years and the Judge was a Prosecutor for 15 years. I had the article about Delgado attacking a Police office in 2014 and Judge O'Malley would not let me read it. She was his Judge on that case and MANY OTHERS.

14. The sentencing hearing on 11-10-22 is when the Conspiracy between the FRIENDS OF MY SONS MURDERER EXECUTED the plan to aid and abet in the illegal sentencing of a habitual felon the same people have refused to 3rd strike for the 20 years they have made sure he was free as much as possible to reign terror on the PUBLIC and even after Murder continue working for him and against the Public

15. Second striking a habitual felon with many strikes is for NON-VIOLENT Felonies yet I suppose Diana Becton feels this is acting Professionally as well as lying to victims.

16. I CHALLENGE the DA TO SHOW THEY ACTED IN A PROFESSIONAL MANNER IN THE FACE OF ABUSIVE AND THREATENING CONDUCT BY PLAINTIFF. This Comment is NOT ACCEPTABLE and is CONSCIENCE SHOCKING BEHAVIOR.

In The Judicial Defendants Reply they Make this Commentary to the Judge:

"NOR DO PLAINTIFFS REFUTE THE APPLICATION OF ABSOLUTE JUDICIAL IMMUNITY WHICH APPLIES EVEN IF A JUDGE ERRED OR ACTED MALICICOUSLY"

This Comment is ridiculous and clearly untrue as I HAMMER THE FACT THAT "WHEN A JUDGE ACTS WITHOUT JURISDICTION THEY LOSE IMMUNITY" I fully exposed Fake

Plaintiffs Statement to Judge Orrick, page 5 of 6

Judge O"Malley and without Question she had NO BUSINESS RUINING The Publics trust in the Judiciary. All of these claims and I don't even get to stand before another Judge before he decides whether or not to dismiss my claim. Seems unfair to me but my evidence is solid and I will not be deterred.

In Detective Loerchers reply He admits:

**"STEPHENS LAST COMMICATION WITH LOERCHER WAS ON JANUARY 26, 2022"**

This is apparently an attempt to say the statute of limitations starts on this date. What it is, is a admission that he didnt do anything after Judge Mary Ann O'Malley was installed on 1-28-2022. I confided in this man after the plea deal and it is all documented in my text thread where he proves his involvement in the Conspiracy. I also recorded every phone call with this man. I discovered he was the shooter of a unarmed 21 year old on April 17, 2023 after confiding in him and I shared everything I knew since the Illegal Plea Deal. After retrieving Thomas Arellanos cell phone from the Police I reviewed the text messages and discovered the text thread regarding Tommy's plans with Kathryn Clancy and sent it to my DETECTIVE who stated that he had not shared that text with the District Attorney's office. Since this is my first time dealing with a murdered Son I had no idea what was going on as I had trust in the people handling the case until they demonstrated their malfeasance and I had to become an investigator myself.

    I expect PEOPLE ASSIGNED TO A MURDER CASE TO DO THE JOB FOR WHICH THEY ARE EMPLOYED TO DO or be held accountable. I have Not even had the opportunity to address a court and my case is facing dismissal by a randomly selected Judge. Judge O'Malley was not randomly selected she was placed on purpose and should have recused or be disqualified just like I told her to her FACE.

    I will not give up, Unstoppable, Respectfully submitted.  STEPHEN ARELLANO

Date  7-17-24

**Plaintiffs Statement to Judge Orrick**, page 6 of 6