United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ARELLANO, et al.,

    Plaintiffs,

    v.

DIANA BECTON, et al.,

    Defendants.

Case No. 24-cv-02250-WHO

**ORDER DISMISSING CASE AND ENTERING JUDGMENT**

On August 20, 2024, I entered an Order dismissing plaintiff Stephen Arellano's Complaint for failure to state a claim. Dkt. No. 37. The claims asserted against the judicial defendants were dismissed with prejudice, but I gave Mr. Arellano leave to attempt to allege facts that might state a claim against the other defendants. Dkt. No. 37. Any such amended complaint should have been filed by September 9, 2024. *Id.*

Mr. Arellano did not file an amended complaint. Instead, on September 18, 2024, he filed a notice of appeal. Dkt. No. 38. I interpret Mr. Arellano's filing of the notice of appeal as a request to rest on his initial, dismissed Complaint. As that Complaint did not state a claim against any defendant, this case is DISMISSED and judgment will be entered in favor of the defendants.

**IT IS SO ORDERED.**

Dated: September 24, 2024

William H. Orrick
United States District Judge