UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARELLANO,<br><br>          Plaintiff,<br><br>    v.<br><br>CONCORD CA POLICE DEPARTMENT,<br><br>          Defendant. | Case No. 25-cv-03690-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Arellano v. Becton*, 24-cv-02250-WHO.

**IT IS SO ORDERED.**

Dated: May 5, 2025

THOMAS S. HIXSON
United States Magistrate Judge